



FILED
3/17/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BW Trust & Kimberly Brown | | Honorable Jorge L. Alonso |
| Plaintiffs, | | Case No.: 1:24-cv-13132 |
| v. | | |
| Scott Gartner, et al, | | |
| Defendants | | |

### MOTION TO EXTEND TIME TO SERVE DEFENDANTS

Plaintiff, Kimberly Brown, pro se, respectfully moves this Court for an order extending the time to serve the summons and complaint on Defendants pursuant to Federal Rule of Civil Procedure 4(m) and 6(b). Plaintiff requests a 60 day extension.

1. **Background**: Plaintiff filed the complaint in this matter on December 20, 2024. Under Rule 4(m), service must be completed within 90 days of filing. However, Plaintiff has not effectuated service on any of the Defendants.

2. **Legal Standard**: Federal Rule of Civil Procedure 4(m) provides that if a plaintiff shows good cause for failure to serve within the prescribed time, the court may extend the time for service. Additionally, Rule 6(b)(1)(B) allows courts to extend deadlines upon a showing of excusable neglect.

3. **Good Cause & Excusable Neglect:** Plaintiff asserts that the delay in serving Defendants was for a good cause and the delay was not in bad faith. After Plaintiff filed

the complaint, Plaintiff utilized AI tools to analyze the complaint and its content. Plaintiff determined that the complaint needed to be amended.  Plaintiff believed it would be burdensome for the Defendants to answer the original complaint, then answer the amended complaint.  Plaintiff thought it prudent to amend the complaint before serving Defendants.  However, due to technical issues, amending the complaint has taken significantly longer than Plaintiff anticipated.

 4. **Request for Relief**: Plaintiff respectfully requests that this Court extend the deadline for service on Defendants by 60 days to allow sufficient time to complete service on Defendants.  Moreover, if Plaintiff is required to seek leave to file the amended complaint, Plaintiff requests leave to file the amended complaint by March 24, 2025.

WHEREFORE, Plaintiff prays that this Court grant this motion and extend the time for service of process by 60 days.  Moreover, Plaintiff prays that this court grant Plaintiff leave to file the anended complaint by March 24, 2025, if leave is required.

Dated: March 17, 2025

Respectfully submitted,

/s/ Kimberly Jean Brown

Plaintiff,  Kimberly Brown, J.D., Individually and as an assignee of BW Trust

1026 E. 46th St, Unit 2E

Chicago, IL 60653

kim@privacygladiators.com

(773) 673-0324