UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION


| | | |
|---|---|---|
| BW Trust & Kimberly Brown | \| | Honorable Jorge L. Alonso |
| Plaintiffs, | \| | Case No.: 1:24-cv-13132 |
| v. | \| | |
| Scott Gartner, et al, | \| | |
| Defendants | \| | |


**MOTION TO REMOVE PARTIES**

**AND EXTEND TIME TO SERVE DEFENDANTS**


Plaintiffs Kimberly Brown and BW Trust respectfully move this Court to extend the time to effectuate service on Defendants. In addition, Plaintiffs move to remove all Defendants from this complaint except Scott Gartner, Adam Kingsley, Merit Law Group Inc and Kingsley Law Group PC. Finally, Plaintiffs move to remove BW Trust as a Plaintiff.

1. **Background**: Plaintiffs filed the complaint in this matter on December 20, 2024. Plaintiffs desired to amend the complaint before serving Defendants. The Court granted Plaintiffs an extension to effectuate service until May 16, 2025. Although Plaintiffs filed the amended complaint by that date, Plaintiffs did not achieve service on any of the Defendants by then.

The amended complaint is more than 250 pages. Plaintiffs desire to bifurcate the case and move many of the defendants and claims from this matter to a related case Plaintiffs filed.  Plaintiffs desire to limit this matter to the four Defendants: Scott Gartner, Adam Kingsley, Merit Law Group Inc and Kingsley Law Group PC (the "Four Defendants").  Moreover, since the claims asserted against the Four Defendants are alleged solely by Ms. Brown, Plaintiffs desire that BW Trust be removed as a Plaintiff in this matter. The claims alleged against the Four Defendants include a federal question claim under 18 USC 1964 and the Court retains jurisdiction over the matter.

2. **Legal Standard**: Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1)(B) allow Court to extend deadlines, including the time to serve Defendants.  In addition, F.R.C.P Rule 21 permits the Court to allow parties to be removed from a matter.

3. **Good Cause & Excusable Neglect:** Ms. Brown's computer and backup drive became corrupted at the end of March 2025, which caused Ms. Brown to have to redraft several documents including, but not limited to, redrafting a significant portion of the amended complaint.  This caused a cascade-effect with regards to the filing of the amended complaint and serving process.

Ms. Brown prepared the required documentation to serve the Four Defendants on May 16, 2025.  However, Ms. Brown experienced delays due to an issue with CM/ECF processing the summons (Exhibits 1).

Ms. Brown contacted the attorney who previously represented the Four Defendants to inquire whether that attorney still represents the Four Defendants and if he is able to accept service of process.  However, the attorney has not returned Ms. Brown's

correspondence. As such, if the Court grants Plaintiffs' motion, within 2 business days of the Court's order, Plaintiffs will attempt service on each of the Four Defendants directly.

4. **Request for Relief**:

Plaintiffs respectfully requests that this Court grant Plaintiffs leave to:

1) Remove BW Trust as a Plaintiff on this matter,
2) Remove all Defendants (without prejudice) from this matter except for Scott Gartner, Adam Kingsley, Merit Law Group Inc and Kingsley Law Group PC.
3) Effectuate service of process on Scott Gartner, Adam Kingsley, Merit Law Group Inc and Kingsley Law Group PC. by July 20, 2025.

WHEREFORE, Plaintiffs pray that this Court grant this motion.

Dated: May 21, 2025


Respectfully submitted,

/s/ Kimberly Jean Brown

Plaintiff, individually, and as assignee of BW Trust

1026 E. 46th St, Unit 2E

Chicago, IL 60653

kim@privacygladiators.com

(773) 673-0324

# Activity in Case 1:24-cv-13132 Brown Washington Trust et al v. Gartner et al summons - error unprocessed

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov

**To:** ecfmail_ilnd@ilnd.uscourts.gov

**Date:** Fri, May 16, 2025, 10:03 AM

Ex. 1

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3)

Notice of Electronic Filing

The following transaction was entered on 5/16/2025 at 10:02 AM CDT and filed on 5/16/2025

**Case Name:** Brown Washington Trust et al v. Gartner et al

**Case Number:** 1:24-cv-13132

**Filer:** Scott Gartner
Adam Kingsley
Kingsley Law Group
Merit Law Group

**Document Number:** No document attached

**Docket Text:**
SUMMONS - ERROR UNPROCESSED due to wrong number of days to respond. (qrtr, )

**1:24-cv-13132 Notice has been electronically mailed to:**

Kimberly Jean Brown    Kim@PrivacyGladiators.com