**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

BW Trust, et al                                     Case No. 1:24-cv-13132
      Plaintiffs

v.                                                              Honorable Jorge L. Alonso

Scott Gartner, et al
      Defendants

**AMENDED MOTION TO REMOVE DEFENDANTS INSTANTER**

NOW Comes Kimberly Jean Brown, individually and as an assignee of BW Trust, Plaintiffs in the above-referenced case, respectfully requesting that the Court dismiss the following eight (8) Defendants without prejudice, pursuant to Federal Rule of Civil Procedure 21. This Amended Motion to Remove Defendants Instanter replaces the Motion to Remove Defendants Instanter that was filed on July 31, 2025, but has not yet been ruled upon. In support of this amended motion, Plaintiffs state as follows:

1. No answer or motion for summary judgment has been filed by the Defendants being dismissed.

2. Dismissal of these Defendants will not affect the claims pending against the remaining Defendants.

3. This request is made in good faith and will not prejudice any party.

4. Plaintiffs request to remove the following eight Defendants:

1) Michael Greeby;

5) Huge Legal Technology Company Inc;

2) Storm Vaske;

6) James D. Montgomery & Associates;

3) Erika Williams;

7) JP Morgan Chase Co;

4) Grand Prix Printing, LLC;   8) Lila E. Goldston Consulting LLC;

WHEREFORE, Plaintiff respectfully requests that the Court enter an order dismissing the above-referenced Defendants from this case without prejudice.

Respectfully submitted,

/s/ Kimberly Jean Brown
Kimberly Jean Brown
Individually and as assignee of
      BW Trust, Plaintiffs
1026 E. 46th ST, Unit 2E
Chicago, IL 60653
(773) 673-0324
Kim@PrivacyGladiators.com
Dated: August 7, 2025

## CERTIFICATE OF SERVICE

I certify that on August 7, 2025, I electronically filed the foregoing AMENDED MOTION TO REMOVE DEFENDANTS INSTANTER using the CM/ECF system, which will be served on all registered counsel of record.


/s/ Kimberly Jean Brown