**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| BROWN WASHINGTON TRUST et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT GARTNER et al., <br><br> Defendants. | Case No. 24-cv-13132 <br><br> Judge Jorge L. Alonso <br> Magistrate Judge Daniel P. McLaughlin |

**JOINT INITIAL STATUS REPORT**

Pursuant to the Court's minute entry (ECF No. 44), the parties submit the following Joint Initial Status Report:

**I.      Nature of the Case**

**A.      Basis for Federal Jurisdiction**

o   Plaintiffs assert federal question jurisdiction under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1961 et seq.) and related federal statutes. Venue is proper in this District because a substantial portion of the alleged events occurred here.

o   Defendants Scott Gartner, Adam Kingsley, Kingsley Law Group, and Merit Law Group dispute that Plaintiffs have sufficiently pleaded federal question jurisdiction for the claims brought against them.

**B.      Claims and Counterclaims**

o   Plaintiffs' Second Amended Complaint (filed June 20, 2025, Dkt. 21) alleges claims including breach of contract, fraud, misappropriation of trade secrets, violations of the Illinois Consumer Fraud and Deceptive Business Practices Acts, mail and wire fraud, violations of the Computer Fraud and Abuse Act, and RICO (18 U.S.C. § 1962(c), (d)), among others.

o   At the present, Defendants are not aware of potential counterclaims, but further investigation and discovery may reveal the existence of counterclaims. Defendants reserve all rights to file any potential counterclaims that become known during the pendency of this case.

1

**C.**     **Relief Sought**

o   Plaintiffs seek actual, compensatory and punitive damages and treble damages under RICO, reimbursement of contract payments, attorney's fees, and other relief as set forth in the Complaint.

o   Defendants deny that Plaintiffs are entitled to any damages and deny any wrongdoing.

**D.**     **Jury Demand**

o   Jury trial has been demanded by Plaintiffs.

**E.**     **Parties Not Yet Served**

o   All defendants have been served, waived service or filed an appearance except Michelle Montgomery and Lila Goldston. Michelle Montgomery's attorney, Christopher Wunder, requested waiver of process for Ms. Montgomery which Plaintiff forwarded to him on August 28, 2025. Plaintiff has been unable to ascertain Ms. Goldston's current address to effectuate process.

o   Defendants can neither confirm nor deny this statement made by Plaintiffs because the corresponding notices of service or waiver of process have not been filed.

**II.**     **Discovery and Pending Motions**

**A.**     **Pending Motions**

o   Defendants Kohmedia LLC ("Kohmedia") and John Koht ("Koht") have a pending motion for extension of time to answer (Dkt. 55).

o   Defendants Gartner, Kingsley, Kingsley Law Group, and Merit Law Group have a pending motion for leave to file excess pages (Dkt. 57).

o   Plaintiffs anticipate filing limited discovery to ascertain the current address of Lila Goldston.

o   Defendants will be moving to dismiss Plaintiffs' claims and will be seeking a stay of discovery pending a ruling on the motions to dismiss.

**B.** **Proposed Discovery and Case Management Plan**

(1) Discovery Anticipated

- o  Plaintiff anticipates fact discovery regarding contracts, alleged fraudulent conveyance of Legacy's software, financial records, and communications among defendants. Anticipated ESI discovery includes email correspondence, contracts, financial records, and software code repositories.

- o  Kohmedia and Koht anticipate fact discovery on (i) the allegations in the Second Amended Complaint against them, including their alleged "racketeering activities," theft, misrepresentations, breach of contract, fraud, tortious interference, and alleged intentional infliction of emotional distress, (ii) Plaintiff's alleged trade secrets, (iii) Kohmedia LLC and John Koht's alleged concealment of facts and Plaintiff's alleged failure to discover such facts within the applicable limitations periods, and (iv) Plaintiffs' alleged damages and mitigation of such damages. Electronic discovery will be required in connection with email and text message communication between the parties and third-party witnesses.

- o  Defendants Scott Gartner, Adam Kingsley, Kingsley Law Group, and Merit Law Group anticipate fact discovery on the claims, if any, that survive Defendants' motion to dismiss, including discovery on the "Merit Contracts" (as defined in Plaintiffs' second amended complaint), Plaintiffs' alleged performance on the contracts, Plaintiffs' communications with relevant individuals, Plaintiffs' allegations in other cases that Plaintiffs allege are related to this case, the information Plaintiffs allegedly discovered in October 2023, Plaintiffs' failure to exercise due diligence in discovering that information, Plaintiffs' alleged damages and mitigation of damages, and the investigation, if any, Plaintiffs conducted prior to filing their complaint alleging, *inter alia*, claims under RICO for alleged organized criminal activity. Electronic discovery will be required in connection with email and text message communication between the parties and third-party witnesses.

(2) Protective Order

- o  Plaintiffs do not anticipate requiring a protective order.

- o  Defendants anticipate discovery concerning Plaintiff's medical records in connection with her claims of intentional infliction of emotional distress, so a protective order would be appropriate.

(3) Rule 26(a)(1) Disclosures

- o The parties have not yet proposed the date by which to exchange Rule 26(a)(1) Disclosures.  Plaintiff tentatively proposes exchange by October 31, 2025.

- o Defendants intend to file respective motions to dismiss and an accompanying motion to stay discovery pending a ruling on the motions to dismiss. Defendants propose that a date for Rule 26(a)(1) disclosures be entered after a ruling on the parties' motions to dismiss.

(4) Fact Discovery Completion

- o The parties have not yet discussed the deadline to complete fact discovery.

- o Defendants propose that a discovery schedule be entered after a ruling on the parties' motions to dismiss.

(5) Expert Discovery

- o The parties have not yet discussed expert discovery. Plaintiffs anticipate requiring expert testimony regarding software validation and valuation, damages, legal malpractice standards, etc.

- o Defendants anticipate the potential need for expert discovery.

## III. Settlement and Referrals

### A. Settlement Discussions

- o Settlement discussions have not occurred.

### B. Request for Settlement Conference

- o The parties are not mutually interested in a settlement conference at this time.

### C. Consent to Magistrate Judge.

- o At this time, Plaintiffs do not have sufficient information to consent.

- o Counsel for Kohmedia and Koht have not yet informed their clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes.

- o Defendants Scott Gartner, Adam Kingsley, Kingsley Law Group, and Merit Law Group have been informed about the possibility of proceeding before the assigned Magistrate Judge.

o At this time, the parties do not unanimously consent to the Magistrate Judge's jurisdiction.

_____

Filed jointly on behalf of the parties.

**PLAINTIFFS**

/s/ *Kimberly Jean Brown* (with consent)

Kimberly Jean Brown, JD, individually and as trustee of the BW Trust
1026 E 46th St, Unit 2E
Chicago IL  60653
Kim@PrivacyGladiators.com
773-673-0324

**DEFENDANTS**

*On behalf of Defendants Scott Gartner, Adam
Kingsley, Kingsley Law Group, and Merit Law Group:*

/s/ *Samuel D. Branum*
One of their attorneys

Joseph R. Marconi ARDC #1760173
Samuel D. Branum ARDC #6326622
JOHNSON & BELL, LTD.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
marconij@jbltd.com
branums@jbltd.com
Tel: 312-372-0770

*On behalf of Defendants Kohmedia LLC and John Koht:*

/s/ *Michael J. Boxerman* (with consent)
One of their attorneys

Michael J. Boxerman
Mile Michael Robert Knabe

MARCUS & BOXERMAN
20 North Clark Street
Suite 3300
Chicago, IL 60602
mboxerman@marcusboxerman.com
mknabe@marcusboxerman.com
Tel: 312-216-2720