**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BROWN WASHINGTON TRUST  , | |
| Plaintiffs, | |
| | Case No. 24-cv-13132 |
| v. | |
| | Judge Jorge L. Alonso |
| SCOTT GARTNER  , | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | |

**JOINT  STATUS  REPORT**

Pursuant to the Court's minute entry (ECF No. 77), the parties submit the following Joint Status Report on November 3, 2025.

A. **Parties Not Yet Served**

o All defendants remaining in the case (see Dkt 53 dismissing eight defendants) have been served, and have moved to dismiss Plaintiffs' complaint, except Lila Goldston (see below)

B**.** **Anticipated Motions**

o Before November 11, 2025, Plaintiffs anticipate filing two motions related to claims alleged against Montgomery and Goldston:

1) a motion to transfer claims alleged against Montgomery and Goldston from this matter to 25-cv-5629 and to amend the Second Amended Complaint to remove content from it that is no longer relevant

2) motion in 25-cv-5629 to amend that complaint to include the transferred claims;

1

C. **Pending Motions**

- o Plaintiffs responded (Dkt. 85) to Defendants Kohmedia LLC ("Kohmedia") and John Koht ("Koht") motion to dismiss (Dkt. 78). Defendants reply is due November 21, 2025.

- o Plaintiffs responded (Dkt. 74) to Defendants Gartner, Kingsley, Kingsley Law Group, and Merit Law Group's motion to dismiss (Dkt. 60 ). Defendants have filed their reply (Dkt 79). The motion has been fully briefed since October 3, 2025.

- o Plaintiffs responded (Dkt. 82) to Defendant Montgomery's motion to dismiss (Dkt 75 ). Defendant Montgomery has filed her reply (Dkt 86). The motion has been fully briefed since October 30, 2025

- o Defendants moved and the Court granted a stay of discovery until the Court rules on the motions to dismiss.

———

Filed jointly on behalf of the parties.

**PLAINTIFFS**

/s/ *Kimberly Jean Brown*

Kimberly Jean Brown, JD, individually and as assignee of the BW Trust
1026 E 46th St, Unit 2E
Chicago IL  60653
Kim@PrivacyGladiators.com
773-673-0324

**DEFENDANTS**

*On behalf of Defendants Scott Gartner, Adam
Kingsley, Kingsley Law Group, and Merit Law Group:*

/s/ *Samuel D. Branum* (with consent)
One of their attorneys

Joseph R. Marconi ARDC #1760173
Samuel D. Branum ARDC #6326622
JOHNSON & BELL, LTD.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
marconij@jbltd.com
branums@jbltd.com

*On behalf of Defendants Kohmedia LLC and John Koht:*

/s/ *Michael J. Boxerman* (with consent)
One of their attorneys

Michael J. Boxerman
Mile Michael Robert Knabe
MARCUS & BOXERMAN
20 North Clark Street
Suite 3300
Chicago, IL 60602
mboxerman@marcusboxerman.com
mknabe@marcusboxerman.com
Tel: 312-216-2720

*On behalf of Defendant Michelle Montgomery:*

/s/ *Chris S. Wunder* (with consent)
One of her attorneys

Chris S. Wunder
KAPLAN & GOURNIS, P.C.
One South Wacker Drive
Suite 2400
Chicago, IL
cwunder@kpglaw.com
Tel: 312-726-0531